```
              IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON
```

DEVIN THOMPSON,                                       CV. 04-672-KI

        Petitioner,                                    ORDER

  v.

GUY HALL,

        Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#62) is GRANTED. This proceeding is DISMISSED, with prejudice.

    This court retains jurisdiction for the purpose of enforcing the terms of the parties' stipulation agreement.

    IT IS SO ORDERED.

    DATED this ___3rd___ day of October, 2006.

                                              /s/ Garr M. King
                                              Garr M. King
                                              United States District Judge

1 -- ORDER